

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00303-CR

Fredys Antonio **VARELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3463
Honorable Melisa Skinner, Judge Presiding

## **O R D E R**

      The State's motion for extension of time to file the brief is GRANTED. Time is extended to January 13, 2014.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court